UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD CRAIG, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 3:14-cv-02175 |
| ) | Judge Trauger |
| FLEET ONE, LLC ) | Magistrate Judge Brown |
| d/b/a/ WEX FLEET ONE, ) | |
| ) | JURY DEMAND |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this lawsuit be dismissed with prejudice. The parties shall bear their own attorney's fees and costs. Attached as Exhibit A is a proposed Order of Dismissal with Prejudice.

                                              Respectfully submitted,

                                              __/s/ Bryant Kroll_____
                                              W. Gary Blackburn #3484
                                              Bryant Kroll #33394
                                              The Blackburn Firm, PLLC
                                              213 Fifth Avenue North, Suite 300
                                              Nashville, TN 37219
                                              (615) 254-7770
                                              gblackburn@wgaryblackburn.com
                                              bkroll@wgaryblackburn.com
                                              *Attorneys for the Plaintiff*

    /s/ Margaret LePage w/ permission by Bryant Kroll
Margaret Coughlin LePage
(*Admitted Pro Hac Vice*)
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
Phone: (207) 791-1382
mlepage@pierceatwood.com

James B. Johnson #15509
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Phone: (615_ 782-2265
Fax: 782-2371
James.johnson@stites.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on:

Margaret LePage,
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street Portland,
Maine 04101

And

James B. Johnson #15509
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219

2