UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD CRAIG, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 3:14-cv-02175 |
| ) | Judge Trauger |
| FLEET ONE, LLC ) | Magistrate Judge Brown |
| d/b/a/ WEX FLEET ONE, ) | |
| ) | JURY DEMAND |
| Defendant. ) | |
| ) | |

ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have filed a Stipulation of Dismissal with Prejudice, Fed. R. Civ. P. 41(a)(1)(A)(ii),

It is therefore ORDERED that this lawsuit is dismissed with prejudice, and that the parties shall bear their own costs and attorney's fees.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**


__/s/ Bryant Kroll_____
W. Gary Blackburn #3484
Bryant Kroll #33394
The Blackburn Firm, PLLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
(615) 254-7770
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com
*Attorneys for the Plaintiff*

_/s/ Margaret LePage w/ permission by Bryant Kroll
Margaret Coughlin LePage
(*Admitted Pro Hac Vice*)
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
Phone: (207) 791-1382
mlepage@pierceatwood.com

James B. Johnson #15509
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Phone: (615_ 782-2265
Fax: 782-2371
James.johnson@stites.com

*Attorneys for Defendant*